DRUCILLA FARRELL v. OCEA I. COYLE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

COSTAS SARANTIDES v. WILLIAMS, BELMONT & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

RICHARD WIGHTMAN v. G. G. HYNSON & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EVA K. CONLON v. MARY ANN KELLY and Others.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BRUNO SCHILL v. SCHNITZER STATE BANK and Others.— See memorandum. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MOODY ENGINEERING CO., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion for stay pending appeal granted on condition that the appeal be promptly brought on for argument. If not, a motion to vacate will be entertained. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THOMAS D. KELLIHER v. O'BRIEN MORIARTY Co., INC., and Others.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE LIBERTY NATIONAL BANK OF NEW YORK, Respondent, v. NATIONAL SPONGE & CHAMOIS Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, and the order for examination reinstated but limited to the 8th item thereof; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HARRY F. ROBERTSON and RUFUS SIDMAN COLE, Individually and as Copartners, Doing Business under the Firm Name ROBERTSON-COLE COMPANY, Appellants, v. MINUTE TRADING CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MORRIS STEINBERG, Respondent, v. AARON D. LUBELL and Others, Copartners Trading under the Firm Name and Style of LUBELL BROTHERS, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that plaintiff has not shown any necessity for the examination and that the order was obtained in bad faith. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.